**PADUANO & WEINTRAUB LLP**
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE: 212-785-9100
TELECOPIER: 212-785-9099

September 17, 2021

<u>Via ECF</u>

The Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District Of New York
40 Foley Square, Room 2201
New York, New York 10007

    Re:    <u>Pavone v. Diesel U.S.A., Inc.; Case No. 1:21-cv-05219-PAE</u>

Your Honor:

    We represent Defendant Diesel U.S.A., Inc. ("Defendant") in the above-referenced action. Pursuant to Your Honor's Individual Rules, Defendant hereby submits this letter to request an adjournment of the telephonic Initial Pretrial Conference, which is currently scheduled for Friday, October 1, 2021 at 2 PM. We request the adjournment due to a pre-scheduled mediation in another matter that the undersigned will be attending. Counsel for Plaintiff Joann Pavone, Matthew Madzelan, Esq., has consented to this request. This is the first request for adjournment of the Initial Pretrial Conference. No other deadlines will be affected.

    We thank the Court for its time and attention to this matter.

    Respectfully submitted,

    /s/ Alicia Valenti

    Alicia Valenti

cc: Matthew Madzelan, Esq. (via ECF and electronic mail)

---

Granted. The initial pretrial conference previously scheduled for October 1, 2021 at 2 p.m. is hereby adjourned until October 8, 2021, at 11 a.m. SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
9/17/21