UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOANN PAVONE,

                              Plaintiff,                    21 Civ. 5219 (PAE)

                 -v-

                                                            ORDER

DIESEL U.S.A., INC.,

                              Defendant.

PAUL A. ENGELMAYER, District Judge:

      On December 27, 2021, the Court was advised by the mediator assigned to this case that agreement has been reached on all issues.  Dkt. 18.  Because this settlement involves claims under the Fair Labor Standards Act, the Court must review the proposed settlement under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

      The parties are therefore directed to submit their proposed settlement for review by January 11, 2022, along with a memorandum of law explaining why the settlement warrants approval under *Cheeks*.

      SO ORDERED.

                                                                     *Paul A. Engelmayer*
                                                           PAUL A. ENGELMAYER
                                                           United States District Judge

Dated: December 28, 2021
         New York, New York