

**Bell Law Group, PLLC**
116 Jackson Avenue
Syosset, New York 11791
T (516) 280-3008
F (516) 706-4692
BellLG.com

January 10, 2022

<u>Via ECF</u>
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 1305
New York, NY 10007

       Re: *Pavone v. Diesel U.S.A., Inc.*
       Civil Docket No.: 21-cv-5219-PAE

Dear Judge Engelmayer:

    Our office represents Plaintiff in the above captions matter. This letter is jointly written to respectfully request a two (2) week extension to submit the proposed settlement agreement from January 11, 2022, to January 24, 2022. The basis for this request is due to schedule conflicts and recent illness of the undersigned.

    We thank Your Honor kindly for your consideration of this request.

                          Very truly yours,

                          */s/ Matthew Madzelan*
                          Matthew Madzelan, Esq.

Granted. The proposed settlement agreement and accompanying memorandum of law will be due January 24, 2022. The Court wishes counsel good health.  SO ORDERED.

                          *Paul A. Engelmayer*
                          PAUL A. ENGELMAYER
                          United States District Judge
                          1/10/22