

**Bell Law Group, PLLC**
116 Jackson Avenue
Syosset, New York 11791
T (516) 280-3008
F (516) 706-4692
BellLG.com

January 24, 2022

*Via ECF*
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 1305
New York, NY 10007

        Re: *Pavone v. Diesel U.S.A., Inc.*
        **Civil Docket No.: 21-cv-5219-PAE**

Dear Judge Engelmayer:

    Our office represents Plaintiff in the above captioned matter. This letter is jointly written to respectfully request a one (1) week extension from January 24, 2022, to January 31, 2022, to submit the proposed settlement agreement for Court approval under Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206 (2nd Cir. 2015).

    A copy of the proposed settlement agreement was recently drafted and distributed to the parties in this matter. As such, the basis for this request is to provide the parties with sufficient time to review the terms of the proposed settlement agreement prior to execution, as well as review and finalize the motion for settlement approval. This is the parties' second request for an extension.

    We thank Your Honor kindly for your consideration of this request.

        Very truly yours,

        */s/ Matthew Madzelan*
        Matthew Madzelan, Esq.

Granted. The parties are to submit the proposed settlement agreement and accompanying memorandum of law by January 31, 2022. SO ORDERED.

        *Paul A. Engelmayer*
        PAUL A. ENGELMAYER
        United States District Judge
        1/25/22